1  SCOTT W. ULM, ESQ.
   Nevada State Bar No. 12652
2  DANIELLE M. MERIWETHER, ESQ.
   Nevada State Bar No. 14924
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:(702) 258-6665
   FACSIMILE:  (702) 258-6662
6
   Attorneys for Defendants,
7  DUSTIN CUMMINS AND WESTERN
   MOUNTAIN TRANSPORT, INC.
8

9           **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE DISTRICT OF NEVADA**

11

12 RUBRIA MANRRIQUEZ, individually           )   Case No.
   as the heir of Ricardo Vega; RUBRIA       )
13 MANRRIQUEZ as Legal Representative        )
   and Special Administrator of THE          )
14 ESTATE OF RICARDO VEGA; and               )   **DEFENDANTS DUSTIN**
   ROBERT SALCEDO, individually,,            )   **CUMMINS AND WESTERN**
15                                           )   **MOUNTAIN TRANSPORT, INC.'S**
              Plaintiffs,                    )   **NOTICE OF REMOVAL OF**
16                                           )   **ACTION TO THE UNITED**
       vs.                                   )   **STATES DISTRICT COURT FOR**
17                                           )   **THE DISTRICT OF NEVADA**
   DUSTIN CUMMINS, individually,             )
18 WESTERN MOUNTAIN TRANSPORT,               )
   INC. and DOES I-X; and ROE ENTITIES       )
19 XI-XX, inclusive,,                        )
                                             )
20            Defendants.                    )
                                             )
21 _____       )

22 **TO:  THE  UNITED  STATES  DISTRICT  COURT  FOR  DISTRICT  OF**

23 **NEVADA:**

24        Please take notice, Defendants, Dustin Cummins and Western Mountain

25 Transport, Inc. by and through their attorneys of record, Scott W. Ulm, Esq., and

26 Danielle M. Meriwether, Esq., of Bremer Whyte Brown & O'Meara, LLP, hereby

27 submits this Notice of Removal to the United States District Court for the District of

28 Nevada.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1473.011  4894-6186-5102.1

1     PLEASE TAKE NOTICE that Defendants Dustin Cummins and Western

2  Mountain Transport, Inc. hereby remove the state action entitled "RUBRIA

3  MANRRIQUEZ, et al. vs. DUSTIN CUMMINS, individually, WESTERN

4  MOUNTAIN TRANSPORT, INC. and DOES I-X; and ROE ENTITIES XI-XX,

5  inclusive" Case No. A-23-880158-C filed in the Eighth Judicial District Court for the

6  State of Nevada in and for the County of Clark to this Court. The grounds for removal

7  are as follows:

8  1. Removal is appropriate pursuant to 28 U.S.C. §1441(b) because there is

9     diversity of citizenship sufficient to justify removal in that Plaintiff RUBRIA

10    MANRRIQUEZ and Plaintiff ROBERT SALCEDO are citizens of the State of

11    Nevada, Defendant DUSTIN CUMMINS is a citizen of the State of Oregon, and

12    Defendant WESTERN MOUNTAIN TRANSPORT, INC. is a citizen of the

13    State of Oregon as it is incorporated in Oregon and has its principal place of

14    business in Oregon. As such, there is now and there was at the time of the

15    commencement of this action complete diversity between the parties.

16  2. Western Mountain Transport was served with the Summons and Second

17    Amended Complaint on October 31, 2023.

18  3. Dustin Cummins has not been served at this time.

19  4. No further proceedings have been had in this matter in the Eighth Judicial

20    District Court, Clark County, State of Nevada.

21  5. Pursuant to 28 U.S.C. §1446(b), Defendants provide this Court with copies of

22    the following documents:

23      a. Plaintiffs' Complaint, attached hereto as **Exhibit A**;

24      b. Proof of Service upon Western Mountain Transport, Inc., attached as

25        **Exhibit B**.

26  6. The sum of the damages alleged by each Plaintiff necessarily exceeds

27    $75,000.00, exclusive of interest and costs, based on the following facts:

28    Plaintiffs have alleged in excess of $75,000.00 in medical specials which they

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1473.011 4894-6186-5102.1

1  are seeking recovery from Defendants. This does not include any pain and

2  suffering to which Plaintiffs may be entitled to.

3  7. This Court has original jurisdiction over the subject matter of this action under

4  the provisions of Section 1332 of Title 28 of the United States Code in that there

5  is complete diversity between the parties and more than $75,000.00 in

6  controversy exclusive of interest and costs.  Pursuant to Section 1441 of Title

7  28 of the United States Code, Defendants are therefore entitled to remove this

8  action to this Court.

9  8. Thirty days have not elapsed since Western Mountain Transport, Inc. was served

10  with the Summons and Complaint on October 31, 2023.

11  9. A true and correct copy of this Notice of Removal is being filed this date with

12  the Clerk of the Eighth Judicial District Court, Clark County, State of Nevada.

13  Dated:  November 21, 2023                   BREMER WHYTE BROWN & O'MEARA
                                                  LLP

14

15

16                                              By: */s/ Scott W. Ulm*
                                                      Scott W. Ulm, Esq.
17                                                    Nevada State Bar No. 12652
                                                      Danielle M. Meriwether
18                                                    Nevada State Bar No. 14924
                                                      Attorneys for Defendants,
19                                                    DUSTIN CUMMINS AND
                                                      WESTERN MOUNTAIN
20                                                    TRANSPORT, INC.

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1473.011  4894-6186-5102.1

1

## <u>CERTIFICATE OF SERVICE</u>

2   I hereby certify that on this 21st day of November 2023, a true and correct copy

3 of the foregoing document was electronically filed and served upon all parties

4 requesting notice via the United States District Court CM/ECF system.

5

6   _/s/ Stephanie Hutchinson_

7   An employee of BREMER WHYTE BROWN & O'MEARA, LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

4

1473.011 4894-6186-5102.1