SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
DANIELLE M. MERIWETHER, ESQ.
Nevada State Bar No. 14924
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:(702) 258-6665
FACSIMILE:  (702) 258-6662
Attorneys for Defendants,
DUSTIN CUMMINS AND WESTERN
MOUNTAIN TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUBRIA MANRRIQUEZ, individually as the heir of Ricardo Vega; RUBRIA MANRRIQUEZ as Legal Representative and Special Administrator of THE ESTATE OF RICARDO VEGA; and ROBERT SALCEDO, individually,<br><br>        Plaintiffs<br><br>vs.<br><br>DUSTIN CUMMINS, individually, WESTERN MOUNTAIN TRANSPORT, INC. and DOES I-X; and ROE ENTITIES XI-XX, inclusive,<br><br>        Defendants | Case No. 2:23-cv-01937-CDS-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE FOR PLAINTIFF ROBERT SALCEDO ONLY** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendants, Dustin Cummins and Western Mountain Transport, Inc., by and through their attorneys of record, Scott W. Ulm, Esq., and Danielle M. Meriwether, Esq., of Bremer Whyte Brown & O'Meara, LLP, and Plaintiff ROBERT SALCEDO, by and through his attorneys of record of the law firm Pacific West Injury Law, that all of Plaintiff ROBERT SALCEDO'S claims ONLY against Defendants be dismissed, with

///

///

1473.011  4866-2791-8261.1

prejudice, the parties to each bear their own fees and costs.

DATED this 9th day of April 2024

DATED this 9th day of April 2024

**PACIFIC WEST INJURY LAW**

**BREMER WHYTE BROWN & O'MEARA**

/s/ Kirill V. Mikhaylov
Kristopher M. Helmick, Esq.
Nevada State Bar No. 13348
Kirill V. Mikhaylov, Esq.
Nevada State Bar No. 13538
Bohden G. Cole, Esq.
Nevada State Bar No. 15719
*Attorneys for Plaintiffs*

/s/ Danielle M. Meriwether
Scott W. Ulm, Esq.
Nevada State Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada State Bar No. 14924
*Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation, plaintiff Robert Salcedo is dismissed with prejudice, with each party to bear its own costs and fees. IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 10, 2024

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:23-cv-01937-CDS-BNW was submitted by:

**BREMER WHYTE BROWN & O'MEARA LLP**

/s/ Danielle M. Meriwether
Scott W. Ulm, Esq.
Nevada State Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada State Bar No. 14924
*Attorneys for Defendants*

1473.011  4866-2791-8261.1