1  SCOTT W. ULM, ESQ.
   Nevada State Bar No. 12652
2  DANIELLE M. MERIWETHER, ESQ.
   Nevada State Bar No. 14924
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:(702) 258-6665
   FACSIMILE:  (702) 258-6662
6  Attorneys for Defendants,
   DUSTIN CUMMINS AND WESTERN
7  MOUNTAIN TRANSPORT, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUBRIA MANRRIQUEZ, individually as the heir of Ricardo Vega; RUBRIA MANRRIQUEZ as Legal Representative and Special Administrator of THE ESTATE OF RICARDO VEGA; and ROBERT SALCEDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>DUSTIN CUMMINS, individually, WESTERN MOUNTAIN TRANSPORT, INC. and DOES I-X; and ROE ENTITIES XI-XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01937-CDS-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendants, Dustin Cummins and Western Mountain Transport, Inc., by and through their attorneys of record, Scott W. Ulm, Esq., and Danielle M. Meriwether, Esq., of Bremer Whyte Brown & O'Meara, LLP, and *remaining* Plaintiffs RUBRIA MANRRIQUEZ, individually as the heir of Ricardo Vega and RUBRIA MANRRIQUEZ as Legal Representative and Special Administrator of THE ESTATE OF RICARDO VEGA, by and through their attorneys of record of the law firm Pacific West Injury Law, that

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1473.011 4879-5761-8928.1

all of Plaintiffs' remaining claims against Defendants be dismissed with prejudice, with the parties to each bear their own fees and costs.

DATED this 15 day of October 2024

**PACIFIC WEST INJURY LAW**

_____
Kristopher M. Helmick, Esq.
Nevada State Bar No. 13348
Kirill V. Mikhaylov, Esq.
Nevada State Bar No. 13538
Bohden G. Cole, Esq.
Nevada State Bar No. 15719
*Attorneys for Plaintiffs*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

DATED this 15th day of October 2024

**BREMER WHYTE BROWN & O'MEARA**

/s/ Danielle M. Meriwether
Scott W. Ulm, Esq.
Nevada State Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada State Bar No. 14924
*Attorneys for Defendants*

**ORDER**

_____
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2024

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE)** in 2:23-cv-01937-CDS-BNW was submitted by:

**BREMER WHYTE BROWN & O'MEARA LLP**

/s/ Danielle M. Meriwether
Scott W. Ulm, Esq.
Nevada State Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada State Bar No. 14924
*Attorneys for Defendants*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1473.011 4879-5761-8928.1